**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **No. M-24 -157   -STE** |
| **SEARCH WARRANT** | ) | |

## MOTION TO SEAL SEARCH WARRANT

Pursuant to Local Criminal Rules 4.1 and 12.2, the United States respectfully moves for an order sealing the Application for Search Warrant, the Affidavit, the Search Warrant, this motion and any sealing order, and any return to the Court, for a period of one year from the execution of the warrant, unless otherwise ordered by the Court. Notwithstanding a sealing order, the United States will provide a copy of the warrant to the person from whom, or from whose premises, the property was taken, or at the place where the property was taken, as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

The FBI is still conducting its investigation.   Exposure at this time of the evidence, the identities of witnesses, and other matters in the Affidavit for Search Warrant will hamper the investigation.

The Court has the authority to seal documents, including documents relating to search warrants, in appropriate circumstances.   *See United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997); *Matter of Search of 1638 E. 2nd Street, Tulsa, Okla.*, 993 F.2d 773, 775 (10th Cir. 1993).

Therefore, the United States moves for an order sealing the Application for Search Warrant, the Affidavit, the Search Warrant, this motion and any sealing order, and any

return made to the Court, for a period of one year from the execution of the warrant, unless otherwise ordered by the Court.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

Assistant United States Attorney
Bar Number:    OK 22165
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma    73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
jason.harley@usdoj.gov