IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. M-24 -157   -STE |
| SEARCH WARRANT | ) | |

**SEALING ORDER**

On this **16th** of February, 2024, for the reasons given in the government's Motion to Seal,

IT IS ORDERED that the Application for Search Warrant, the Affidavit, the Search Warrant, and any return to the Court in this matter, together with this Sealing Order and the Motion to Seal, be filed in the Office of the Clerk of this Court under seal, so as not to become matters of public record in this Court, for a period of one year from the execution of the warrant, unless, otherwise ordered by the Court. Notwithstanding this Sealing Order, the government shall provide a copy of the warrant to the person from whom, or from whose premises, the property was taken, or at the place where the property was taken, as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE